Francis E. TOWER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9868.

Circuit Court of Appeals, Sixth Circuit.

April 10, 1946.

McPherson, Harrington, Waer & Cody, of Grand Rapids, Mich., for petitioner.

Sewall Key, of Washington, D. C., for respondent.

Before SIMONS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

It appearing to the court that mandate of the Supreme Court was filed on April 1, 1946, said mandate that this case be remanded for further proceedings in conformity with the opinion of the Supreme Court,

It is, therefore, now ordered that pursuant to said mandate the decision of the Tax Court in this cause be and the same is affirmed.

UNITED STATES of America, Appellant, v. CONSOLIDATED ROCK PRODUCTS CO., Appellee.

No. 11264.

Circuit Court of Appeals, Ninth Circuit.

March 4, 1946.

Charles H. Carr, U. S. Atty., E. H. Mitchell and George M. Bryant, Assts. and Eugene Harpole, Sp. Atty., Bureau of Int. Revenue, all of Los Angeles, Cal., for appellant.

Latham & Watkins, of Los Angeles, Cal., for appellee.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

Upon consideration thereof, it is ordered that the appeal in this cause be dismissed pursuant to the stipulation of counsel for respective parties heretofore filed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

L. Metcalf WALLING, Administrator of Wage and Hour Division, Department of Labor, Appellant, v. PHILLIPS & BUTTORFF MANUFACTURING COMPANY, Appellee.

No. 9980.

Circuit Court of Appeals, Sixth Circuit.

April 12, 1946.

Archibald Cox, Associate Sol., and Bessie Margolin, Asst. Sol., U. S. Dept. of Labor, both of Washington, D. C., and Jeter S. Ray, Regional Atty., of Nashville, Tenn., for appellant.

Cecil Sims, of Nashville, Tenn., for appellee.

Before SIMONS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause has been heard and duly considered on the oral arguments and briefs of the attorneys and on the record; and it appearing that there was no abuse of discretion by the district judge in denying the injunction prayed by appellant, the judgment of the district court, 57 F.Supp. 543, is affirmed.